IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HALL TANK COMPANY, LLC**                                              **PLAINTIFF**

**VS.**                          CASE NO. 4:15-CV-00424-SWW

**TALON AIR, INC.;**
**STRATOSPHERE DEVELOPMENT CO., LLC; and**
**ADAM KATZ**                                                            **DEFENDANTS**

## NOTICE OF DISMISSAL WITH PREJUDICE

Hall Tank Company, LLC hereby provides notice of dismissal with prejudice of this action pursuant to Rule 41(a)(1)(A)(i). The named defendants have not served an answer, a motion for summary judgment or otherwise responded to the complaint in this action and Hall Tank Company, LLC desires to dismiss the action with prejudice.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL:   ccoleman@wlj.com
               kwilson@wlj.com

By _____
Charles T. Coleman (80030)
Kyle R. Wilson (89118)
*Attorneys for Hall Tank Company, LLC*

1270466-v1

## CERTIFICATE OF SERVICE

On August ___11___, 2015, a copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system, which shall send notice of its filing to all parties of record and served by U.S. mail on

Roger D. Rowe
Lax, Vaughan Fortson, Rowe & Threet
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, AR 72212.

_____
Charles T. Coleman